**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JIMMIE M. EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:25-cv-00003-JSD** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAINT LOUIS PUBLIC SCHOOLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLEGENCE**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

1

Respectfully submitted,

**MICKES O'TOOLE, LLC**


By:  */s/ Michelle L. White*
    Vincent D. Reese, #49576MO
    Michelle L. White, #54686MO
    Wayne Michael Jordan III, #74469MO
    12412 Powerscourt Drive, Suite 200
    St. Louis, Missouri 63131
    Telephone: 314-878-5600
    Facsimile: 314-878-5607
    vreese@mickesotoole.com
    mwhite@mickesotoole.com
    wjordan@mickesotoole.com

    *Attorneys for Defendant*
    *Saint Louis Public Schools*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of June 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Michelle L. White*

2